358 U.S. 101, 79 S.Ct. 222

Thomas B. RUSTAD, Harvey R. Wyborney, Homer C. Skelly, et al.,
petitioners, v. UNITED STATES of America.
No. 425.

Supreme Court of the United States.
Nov. 24, 1958.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.

Denied.

Mr. Justice DOUGLAS and Mr. Justice WHITTAKER are of the opinion that certiorari should be granted.